# U.S. District Court
## District of Maryland (Baltimore)
## CRIMINAL DOCKET FOR CASE #: 1:18−mj−00919−BPG All Defendants

Case title: USA v. Davis  
Other court case number: 1:17−CR−373 Middle District of PA

Date Filed: 03/30/2018

Assigned to: Magistrate Judge Beth P. Gesner

**Defendant (1)**

**Joshua Davis**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **James Thomas Wallner**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109623124
Email: james.wallner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/30/2018 | 1 | | Rule 5(c)(3) Documents Received as to Joshua Davis (kvs, Deputy Clerk) (Additional attachment(s) added on 4/4/2018: # 1 Rule 5 Charging Document) (kvs, Deputy Clerk). (Entered: 04/04/2018) |
| | | | *Main Document (Not Attached)* |
| | | 3 | Attachment # 1 *Rule 5 Charging Document* |
| 03/30/2018 | 2 | | Initial Appearance as to Joshua Davis (Defendant informed of Rights.) held on 3/30/2018 before Magistrate Judge Beth P. Gesner.(FTR: Vockroth) (kvs, Deputy Clerk) (Entered: 04/04/2018) |
| 03/30/2018 | 3 | | CJA 23 Financial Affidavit by Joshua Davis (kvs, Deputy Clerk) (Entered: 04/04/2018) |
| 03/30/2018 | 4 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joshua Davis. Signed by Magistrate Judge Beth P. Gesner on 3/30/2018. (kvs, Deputy Clerk) (Entered: 04/04/2018) |
| 03/30/2018 | 5 | 8 | WAIVER of Rule 5(c)(3) Hearing by Joshua Davis(kvs, Deputy Clerk) (Entered: 04/04/2018) |
| 03/30/2018 | 6 | 9 | ORDER OF DETENTION BY AGREEMENT as to Joshua Davis. Signed by Magistrate Judge Beth P. Gesner on 3/30/2018. (kvs, Deputy Clerk) (Entered: 04/04/2018) |
| 03/30/2018 | 7 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Joshua Davis. Defendant committed to Middle District of PA. Signed by Magistrate Judge Beth P. Gesner on 3/30/2018. (kvs, Deputy Clerk) (Entered: 04/04/2018) |

FILED
HARRISBURG, PA

NOV 29 2017

Per _____ (signature)
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | NO. 1:17-CR-373 |
|---|---|---|
| v. | ) | (JUDGE JMS) |
| CHRISTOPHER JOHNSON, NICHOLAS PREDDY, JOSHUA DAVIS, JOHNNIE JENKINS ARMSTRONG, and TERRANCE LAWSON | ) | |
| Defendants | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning on or April 27, 2017, up to and including May 9, 2017, in Baltimore, Maryland and in Harrisburg, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants

**CHRISTOPHER JOHNSON,
NICHOLAS PREDDY,
JOSHUA DAVIS,
JOHNNIE JENKINS ARMSTRONG, and
TERRANCE LAWSON**

conspired with each other, and with persons known and unknown to the grand jury, to kill another person with intent to: (a) prevent the

attendance and testimony of any person in an official proceeding, in violation of 18 U.S.C. § 1512 (a) (1) (A); and (b) prevent the communication by any person to a law enforcement officer of the United States of information relating to the commission and possible commission of a Federal offense, in violation of 18 U.S.C. § 1512(a) (1) (C), in that defendants plotted to kill J.A., an individual who the defendants believed was assisting the government and was a potential witness before a federal grand jury in Harrisburg and in a future federal trial.

All in violation of Title 18, United States Code, Section 1512 (k).

Case 1:18-mj-00919-BPG Document 3-1 Filed 04/04/18 Page 5 of 10
Case 1:18-mj-00919-BPG Document 3-1 Filed 03/30/18 Page 9 of 14
Case 1:17-cr-00373-JEJ Document 1 Filed 11/29/17 Page 3 of 4

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

Beginning on or April 27, 2017, up to and including May 9, 2017, in Baltimore, Maryland and in Harrisburg, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants

**CHRISTOPHER JOHNSON,
NICHOLAS PREDDY,
JOSHUA DAVIS,
JOHNNIE JENKINS ARMSTRONG, and
TERRANCE LAWSON**

attempted with each other, and with persons known and unknown to the grand jury, to kill another person with intent to: (a) prevent the attendance and testimony of any person in an official proceeding, in violation of 18 U.S.C. § 1512 (a) (1) (A); and (b) prevent the communication by any person to a law enforcement officer of the United States of information relating to the commission and possible commission of a Federal offense, in violation of 18 U.S.C. § 1512(a) (1) (C), in that defendants attempted to kill and took a substantial step towards killing J.A., an individual who the defendants believed was

assisting the government and was a potential witness before a federal grand jury in Harrisburg and in a future federal trial.

All in violation of Title 18, United States Code, § 1512(a)(2)(A) & (C).

DAVID J. FREED
UNITED STATES ATTORNEY

WILLIAM A. BEHE
Assistant United States Attorney

~~TRUE BILL~~

FOREPERSON

11/29/17
Date

DATE: 11/29/2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.   18-mj-0919-BPG |
| JOSHUA DAVIS | * | |
| | * | |

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __30th__ day of __March__, __2018__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Beth P. Gesner
United States Magistrate Judge

Case 1:18-mj-00919-BPG Document 8 Filed 04/04/18 Page 8 of 10
Case 1:18-mj-00919-BPG Document 5 Filed 03/30/18 Page 1 of 1
AO 466A (Rev. 12/09; MD 02/10) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-mj-0919-BPG |
| | ) | |
| Joshua Davis | ) | Charging District's Case No. 1:17-CR-373 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Middle District of Pennsylvania

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: March 30, 2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lucius T. Outlaw III
*Printed name of defendant's attorney*

8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2018 MAR 30 P 2:03

UNITED STATES OF AMERICA

vs.

Case No. 18-mj-0919-BPG

JOSHUA DAVIS

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by **LUCIUS OUTLAW, AFPD**, and the Government was represented by Assistant United States Attorney **JAMES WALLNER**, it is

**ORDERED**, this __30th__ day of __March__ __2018__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement

9

AO 94 (Rev. 01/09, MD 6/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

2018 MAR 30 P 2: 43

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 18-mj-0919-BPG |
| | ) | |
| Joshua Davis | ) | Charging District's |
| *Defendant* | ) | Case No. 1:17-CR-373 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __MIDDLE__ District of __PENNSYLVANIA__.

The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 30, 2018

*Judge's signature*

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*